**IN IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ANDREW FISHER, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2005-3, NATIONAL COLLEGIATE FUNDING, LLC, TRANSWORLD SYSTEMS, INC., VANTAGE CAPITAL GROUP, LLC, and RUBIN & ROTHMAN, LLC,<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 18-cv-2857 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants, National Collegiate Student Loan Trust 2005-3 ("NCSLT 2005-3") and Transworld Systems, Inc. ("TSI"), hereby remove the above captioned civil action from the Supreme Court of Kings County, New York, to the United States District Court for the Eastern District of New York. The removal of this civil action is proper because:

1.　　On December 27, 2017, plaintiff, Andrew Fisher, commenced a civil action by filing a Summons with Notice in the Supreme Court of Kings County, New York, entitled and captioned as *Andrew Fisher v. National Collegiate Student Loan Trust 2005-3, et al.* Index No. 524868/2017 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

1

2.  Plaintiff's Summons with Notice in the State Court Action alleges statutory causes of action against defendants. Specifically, plaintiff accuses defendants of violating the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and New York state law.  A true and correct copy of plaintiff's Summons with Notice is attached hereto as **Exhibit A**.

3.  Removal of the State Court Action is proper under 28 U.S.C. § 1441. If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331, as well as supplemental jurisdiction over the state law claims asserted.

4.  The Supreme Court of Kings County, New York, is located within the Eastern District of New York. Therefore, venue for purposes of removal is proper because the United States District Court for the Eastern District of New York embraces the place in which the removed action was pending. See 28 U.S.C. § 1441(a).

5.  Pursuant to 28 U.S.C. § 1446(b), NCSLT 2005-3 and TSI have timely filed this Notice of Removal. NCSLT 2005-3 was served with process on April 24, 2018.  TSI was served with process on April 25, 2018.  This Notice of Removal is being filed within 30 days from service of the Summons with Notice.

6.  Upon information and belief, defendants, National Collegiate Funding, LLC and Vantage Capital Group, LLC have not been served.

7.  All defendants that have been served with plaintiff's Summons and Notice consent to, and jointly file, this Notice of Removal.  *See* 28 U.S.C. § 1446(b)(2)(A) ("When a civil action is removed solely under section 1441(a), all defendants who have been

2

properly joined and served must join in or consent to the removal of the action."). A true and correct copy of Rubin & Rothman, LLC's Consent to Removal is attached hereto as **Exhibit B**.

8. Written notice of this Notice of Removal of this action is being immediately provided to the Supreme Court of the Kings County, New York, attached hereto as **Exhibit C**.

9. Written notice of this Notice of Removal of this action is being caused to be served on all parties.

WHEREFORE, Defendant, National Collegiate Student Loan Trust 2005-3 and Transworld Systems Inc., give notice that this action is removed from the Supreme Court of the Kings County, New York, to the United States District Court for the Eastern District of New York.

Respectfully submitted,

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3 Cross Creek Drive
Flemington, NJ 08822-4938
Telephone: (908) 237-1660
Facsimile: (908) 237-1663
Email: aeasley@sessions.legal

*Attorney for Defendants,*
*National Collegiate Student Loan Trust 2005-3,*
*and Transworld Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Eastern District of New York, and served via Email and U.S. Mail upon the following:

Mitchell L. Pashkin
775 Park Avenue, Suite 255
Huntington, NY 11743
Telephone: (631) 629-7709
Facsimile: (631) 824-9328
Email: mpash@verizon.net

Frank Rothman
Keith Rothman
Rubin & Rothman, LLC
1787 Veterans Highway
Islandia, NY 117490
Email: frothman@rubinrothman.com
krothman@rubinrothman.com

/s/ Aaron R. Easley
Aaron Easley, Esq.

4